BY THE COURT:
 

 We are clearly and unanimously of opinion, that a
 
 mandamus
 
 ought not to issue. It is evident, that the District Judge was acting in a judicial capacity, when he determined, that the evidence was not sufficient to authorize his issuing a warrant for apprehending Captain
 
 Barre
 
 : and (whatever might be the difference of sentiment entertained by this Court) we have no power, to compel a Judge to decide to the dictates of any judgment, but his own. If is
 
 *54
 
 unnecessary, however, to declare, or to form, at this time, any conclusive opinion, on the question which has been so much agitated, respecting the evidence required by the 9th article of the Consular Convention.
 

 The Rule discharged